NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW RYBOLT, DOC #D91874,    )
                               )
        Appellant,             )
                               )
v.                             )    Case No. 2D18-1841
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pinellas
County, Joseph A. Bulone, Judge.

Matthew Rybolt, pro se.


PER CURIAM.


        Affirmed.


LaROSE, SLEET, and SMITH, JJ., Concur.